

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | § | |
|---|---|---|
| THE COUNTY OF EL PASO, TEXAS, | § | No. 08-18-00012-CV |
| Appellant, | § | Appeal from |
| v. | § | 448th District Court |
| JANICE BAKER, | § | of El Paso County, Texas |
| Appellee. | § | (TC # 2016DCV1259) |
| | § | |

## J U D G M E N T

This Court has considered this cause on the record and concludes that there was error in the judgment. We therefore reverse the order of the court below and render judgment dismissing the case against Appellant for want of jurisdiction. We further order that the Appellant recover from Appellee all costs, for which let execution issue. This decision shall be certified below for observance.

IT IS SO ORDERED THIS 31ST DAY OF MAY, 2019.

ANN CRAWFORD McCLURE, Chief Justice

Before McClure, C.J., Rodriguez, and Palafox, JJ.